IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COACH, INC. and<br>COACH SERVICES, INC.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>J&H TRADING CO., THE KIM GROUP, INC., individually and d/b/a J&H TRADING CO., GIANT TRADING CORP., individually and d/b/a J&H TRADING CO., HYUNG M. KIM, individually and d/b/a J&H TRADING CO., and JUNG JAE KIM, individually and d/b/a J&H TRADING CO.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CASE NO. 4:13-CV-02285<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal (Doc. No. 22), it is hereby

ORDERED, ADJUDGED, and DECREED that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

IT IS SO ORDERED

SIGNED: 1-2-14

_____
UNITED STATES DISTRICT JUDGE.

ORDER – PAGE SOLO